# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

## NO. 03-18-00292-CV

**Giga Entertainment Media, Inc., d/b/a Selfeo, Appellant**

**v.**

**EMCF Partners, LLC, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 27, 2018. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.